131 A.3d 411

IN THE MATTER OF JOEL A. GROSSBARTH, AN ATTORNEY
AT LAW (ATTORNEY NO. 029581993).

March 3, 2016.

## ORDER

**JOEL A. GROSSBARTH,** formerly of **SPRINGFIELD,** who was admitted to the bar of this State in 1993, having pleaded guilty in the County Court, Rockland County, of the State of New York to two counts of grand larceny (second degree) and one count of forgery (second degree) in violation of *Penal Law* § 155.40 and *Penal Law* § 170.10, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOEL A. GROSSBARTH** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOEL A. GROSSBARTH** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOEL A. GROSSBARTH** comply with *Rule* 1:20–20 dealing with suspended attorneys.